# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PS FUNDING, INC.,<br>      Plaintiff,<br><br>      v.<br><br>ICG CAPITAL, LLC,<br>      Defendant. | CV 19-7724 DSF (GJSx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, neither the citizenship of the plaintiff corporation nor the defendant LLC[1] is properly pleaded. Therefore, Plaintiff is ordered to file an amended complaint, with a redlined version sent to the chambers e-mail inbox, no later than November 4, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

    IT IS SO ORDERED.

Date: 10/21/2019

                                        Dale S. Fischer
                                        United States District Judge

---

[1] See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).